UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| E. RANDOL SCHOENBERG,<br><br>                        Plaintiff,<br><br>            – v. –<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>                      Defendant. | No. 2:18-cv-01738 JAK (AGRx)<br><br>**JUDGMENT**<br><br>**JS-6** |

| | |
|---|---|
| 1 | |
| 2 | The Court has considered Defendant's motion for summary judgment, as |
| 3 | well as the memorandum of points and authorities and evidence filed in support |
| 4 | thereof, as well as the documents filed in opposition thereto. On April 29, 2019, |
| 5 | the Court granted Defendant's motion for summary judgment. Dkt. No. 43. |
| 6 | Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS |
| 7 | JUDGMENT in favor of Defendant, and against Plaintiff. The Court directs the |
| 8 | Clerk of Court to close the file in this matter. |
| 9 | IT IS SO ORDERED. |

Dated: May 28, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE